# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | Case No. 1:07CR00040 |
| ) | |
| v. ) | |
| ) | **FINAL ORDER** |
| ) | |
| **WILLIAM RONALD HARRIS**, ) | By: James P. Jones |
| ) | Chief United States District Judge |
| Defendant. ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the government's Motion to Dismiss is GRANTED, and the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 is hereby DENIED and stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

    ENTER: June 3, 2010

    /s/ JAMES P. JONES
    Chief United States District Judge